## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Christina Margaret Porter, et al.**

    **v.**　　　　　　　　　　　　　　　　　　　Case No. 07-cv-28-PB

**Dartmouth College, et al.**

### O R D E R

Defendants have not presented a persuasive argument to bar plaintiffs' expert from testifying. Defendants' objections to the expert's qualifications may affect the weight that the jury will give to the expert's testimony but they do not warrant a ruling excluding the witness from testifying. Although many of the expert's opinions will likely be inadmissible at trial, I will be in a better position to address the admissibility of specific opinions during the trial rather than in a pretrial setting. Defendants' motion in limine (Doc. No. 45) is denied without prejudice.

Defendants shall file a motion to strike any opinions that were not timely disclosed within 10 days. Any remaining motions in limine addressing the expert's testimony may be refiled with the final pretrial statements pursuant to Local Rule 16.2.

SO ORDERED.

                                        <u>/s/Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

August 19, 2009

cc:  Charles Raubicheck, Esq.
     K. William Clauson, Esq.
     Kevin Murphy, Esq.
     Bradford T. Atwood, Esq.
     Matthew R. Johnson, Esq.
     Thomas B. Quarles, Jr., Esq.