```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Christina Margaret Porter**,
**Deceased, by Brent M. Porter**
**and Mary M. Salstrom, as**
**Administrators of her Estate**
**and Individually**

    **v.**　　　　　　　　　　　　　　　　Case No. 07-cv-28-PB

**Darmouth College and**
**John/Jane Doe Defendants 1-10**

## O R D E R

I recuse myself from presiding over this matter and direct the clerk to assign the case to another judge.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

October 13, 2009

cc:  Bradford Atwood, Esq.
     K. William Clauson, Esq.
     Angela Collinson, Esq.
     Matthew Johnson, Esq.
     Kevin Murphy, Esq.
     Thomas B.S. Quarles, Jr., Esq.
     Charles Raubicheck, Esq.