## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CHRISTINA MARGARET PORTER, Deceased, by Brent M. Porter and Mary M. Salstrom, as Administrators of her Estate and individually, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>DARTMOUTH COLLEGE, )<br><br>Defendant. ) | Civil Action No. 1:07-cv-28-JL |

## ORDER

WHEREAS, this matter has been brought before the Court in connection with the mediation session held on January 20, 2010, at which time the parties agreed to a settlement of this action; and

WHEREAS, the Court is aware of the settlement terms agreed upon by the parties; and

WHEREAS, the settlement is required to be approved by the Surrogate's Court of the State of New York, County of Kings ("New York Surrogate's Court"); and

WHEREAS, the complaint in this action alleges wrongful death in addition to negligence; now, therefore,

It is hereby ORDERED:

1. This Court approves the terms of the settlement between the parties, including the agreement that the terms of the settlement are confidential.

2. This Court deems proper allocation of the settlement to the wrongful death claim in its entirety.

Dated: 4/5, 2010

Joseph N. Laplante
United States District Judge

Proposed Order (00747283-2).DOC